**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Donald Harris JENKINS, Defendant–**
**Appellant.**

**No. 07–12329**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 18, 2008.

James A. Hernandez, Law Firm of James A. Hernandez, Jacksonville, FL, for Defendant–Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before ANDERSON, CARNES and HULL, Circuit Judges.

PER CURIAM:

James A. Hernandez, appointed counsel for Donald Harris Jenkins on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jenkins's conviction and sentence are **AFFIRMED.**